DAN MARMALEFSKY (CA SBN 95477)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200

PENELOPE A. PREOVOLOS (CA SBN 87607)
TIFFANY CHEUNG (CA SBN 211497)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Defendants
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA WHIPPO NETA, individually and on behalf of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a foreign partnership, and DOES 1-50, <br><br> Defendants. | Case No. 09 CV 6102 JCS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER** |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS the Complaint in the above-captioned action was filed on December 31, 2009;

WHEREAS the above-captioned action is one of numerous similar putative class actions (the "Actions") pending in various different judicial districts throughout the country against

defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") regarding charges for data usage by Verizon Wireless subscribers;

WHEREAS on December 17, 2009, plaintiff's counsel in one of the Actions filed with the Judicial Panel on Multidistrict Litigation ("the Panel") a motion to transfer the related Actions pending at that time to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §1407 ("the MDL Motion");

WHEREAS several substantially similar actions - including the above-captioned Action - were filed in federal court after the MDL Motion was filed;

WHEREAS the above-captioned action is a potential tag-along action to the prospective MDL;

WHEREAS the MDL Motion remains pending before the Panel;

WHEREAS Verizon Wireless and plaintiffs in this Action agree that transfer and centralization of the Actions is appropriate;

WHEREAS a stay of the above-captioned action is warranted in order to avoid duplicative and overlapping litigation, waste of judicial resources, and potentially conflicting rulings in the Actions;

WHEREAS this Court has the power to grant a stay, and a stay would promote judicial economy and avoid prejudice to the parties;

WHEREAS this action has just commenced and there has been no activity in the case;

WHEREAS absent a stay, the Court and the parties face imminent litigation deadlines and whereas such duplicative proceedings prior to the MDL determination would likely result in the duplication of effort by the parties, a waste of judicial resources, and the risk of conflicting rulings; and

WHEREAS the parties have met and conferred and agree that this action should be stayed pending a decision by the Panel regarding the MDL Motion.

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order that: 1) this action is stayed pending a decision by the Panel; 2) all deadlines are VACATED; and 3) the parties shall notify the Court of the Panel's decision within 10 days of the decision.

| | | |
|---|---|---|
| Dated: February 5, 2010 | | NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP |

By:  /s/ John Du Wors

    John Du Wors
    Derek A. Newman
    Derek Linke
    505 Fifth Avenue South, Suite 610
    Seattle, Washington 98104
    Telephone: 206.274.2800

*Attorneys for Plaintiff*

Dated: February 5, 2010    MORRISON & FOERSTER LLP

By:  /s/ Tiffany Cheung

    Dan Marmalefsky
    Morrison & Foerster LLP
    555 West Fifth Street
    Los Angeles, California 90013-1024
    Telephone: 213.892.5200

    Penelope A. Preovolos
    Tiffany Cheung
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105-2482
    Telephone: 415.268.7000

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

**IT IS SO ORDERED.**

DATED: 02/8/10    By: _[signature]_
    Magistrate Judge Joseph C. Spero
    United States District Court, Northern District of California

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 09 CV 6102 JCS
sf-2798916

3

GENERAL ORDER 45 ATTESTATION

I, Tiffany Cheung, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, I hereby attest that John DuWors of Newman & Newman, Attorneys at Law, LLP. has concurred in this filing.

MORRISON & FOERSTER LLP

By:    /s/ Tiffany Cheung
       Tiffany Cheung

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS