DAN MARMALEFSKY (CA SBN 95477)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200

PENELOPE A. PREOVOLOS (CA SBN 87607)
TIFFANY CHEUNG (CA SBN 211497)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Defendants
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA WHIPPO NETA, individually and on behalf of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a foreign partnership, and DOES 1-50,<br><br>Defendants. | Case No. 09 CV 6102 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS the Complaint in the above-captioned action was filed on December 31, 2009;

WHEREAS the above-captioned action is one of numerous similar putative class actions (the "Actions") pending in various different judicial districts throughout the country against

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 09 CV 6102 WHA
C:\Documents and Settings\lms6\Local Settings\Application Data\Hummingbird\Temp\SAN_FRANCISCO-#2819148-v1-_Neta__Stipulation_to_Continue_Case_Management_Conference.DOC

1

defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") regarding charges for data usage by Verizon Wireless subscribers;

WHEREAS on December 17, 2009, plaintiff's counsel in one of the Actions filed with the Judicial Panel on Multidistrict Litigation ("the Panel") a motion to transfer the related Actions pending at that time to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §1407 ("the MDL Motion");

WHEREAS several substantially similar actions - including the above-captioned Action - were filed in federal court after the MDL Motion was filed;

WHEREAS the above-captioned action is a potential tag-along action to the prospective MDL;

WHEREAS the MDL Motion and the responses filed thereto request that the cases be centralized for pretrial proceedings either in the District of New Jersey or the Southern District of California;

WHEREAS the MDL Motion remains pending before the Panel and is set for hearing on March 25, 2010;

WHEREAS Verizon Wireless and plaintiffs in this Action agree that transfer and centralization of the Actions is appropriate;

WHEREAS a stay of the above-captioned action is warranted in order to avoid duplicative and overlapping litigation, waste of judicial resources, and potentially conflicting rulings in the Actions;

WHEREAS this Court has the power to grant a stay, and a stay would promote judicial economy and avoid prejudice to the parties;

WHEREAS this action has just commenced and there has been no activity in the case;

WHEREAS absent a stay, the Court and the parties face imminent litigation deadlines and whereas such duplicative proceedings prior to the MDL determination would likely result in the duplication of effort by the parties, a waste of judicial resources, and the risk of conflicting rulings;

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO.  09 CV 6102 WHA
C:\Documents and Settings\lms6\Local Settings\Application Data\Hummingbird\Temp\SAN_FRANCISCO-#2819148-v1-_Neta__Stipulation_to_Continue_Case_Management_Conference.DOC

2

1  WHEREAS the parties have met and conferred and agree that this action should be stayed
2  pending a decision by the Panel regarding the MDL Motion;
3  WHEREAS on February 9, 2010, Magistrate Judge Spero entered an order staying this
4  action pending a decision by the Panel;
5  WHEREAS this case was subsequently reassigned to Judge William H. Alsup;
6  WHEREAS the parties' joint case management conference statement is currently due on
7  April 1, 2010; and
8  WHEREAS an Initial Case Management Conference is currently scheduled for April 8,
9  2010 at 11:00 a.m.

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 09 CV 6102 WHA
C:\Documents and Settings\lms6\Local Settings\Application Data\Hummingbird\Temp\SAN_FRANCISCO-#2819148-v1-_Neta__Stipulation_to_Continue_Case_Management_Conference.DOC

3

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order that: 1) this action is stayed pending a decision by the Panel; 2) all filing deadlines and all hearing and conference dates are VACATED; and 3) the parties shall notify the Court of the Panel's decision within 10 days of the decision.

Dated: March 22, 2010   NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP

By: /s/ John Du Wors

John Du Wors
Derek A. Newman
Derek Linke
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
Telephone: 206.274.2800

*Attorneys for Plaintiff*

Dated: March 22, 2010   MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung

Dan Marmalefsky
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200

Penelope A. Preovolos
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

**IT IS SO ORDERED.**

DATED:   By: 
Judge William Alsup

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 09 CV 6102 WHA
C:\Documents and Settings\lms6\Local Settings\Application Data\Hummingbird\Temp\SAN_FRANCISCO-#2819148-v1-_Neta__Stipulation_to_Continue_Case_Management_Conference.DOC

4

GENERAL ORDER 45 ATTESTATION

I, Tiffany Cheung, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with General Order 45, I hereby attest that John DuWors of Newman & Newman, Attorneys at Law, LLP. has concurred in this filing.

MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
Tiffany Cheung

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

ORDER

The Court hereby orders:

1. This action is stayed pending a decision by the panel;

2. The parties shall notify the Court of the Panel's decision within ten days of the decision;

3. The case management conference is CONTINUED to July 8, 2010, at 11:00 a.m. Please file a joint case management statement at least seven days prior.

Dated: March 24, 2010.

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 09 CV 6102 WHA
C:\Documents and Settings\lms6\Local Settings\Application Data\Hummingbird\Temp\SAN_FRANCISCO-#2819148-v1-_Neta__Stipulation_to_Continue_Case_Management_Conference.DOC

5