A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Apr 27, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Apr 12, 2010**

FILED
CLERK'S OFFICE

**IN RE: VERIZON WIRELESS DATA
CHARGES LITIGATION**

MDL No. 2141

C 09-6102 WHA
(SEE ATTACHED SCHEDULE)

**FILED**

JUN 2 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 2, 2010, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Freda L. Wolfson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 2, 2010, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 27, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
, CLERK
By _____ Deputy Clerk

**IN RE: VERIZON WIRELESS DATA**
**CHARGES LITIGATION**                                    MDL No. 2141

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

**CALIFORNIA CENTRAL**
  CAC 2   10-474      Joe Bauman, et al. v. Cellco Partnership, et al.
  CAC 2   10-1908     David Kuba, et al. v. Cellco Partnership

**CALIFORNIA NORTHERN**
  CAN 3   09-6102     Melisa Whippo Neta v. Cellco Partnership

**CALIFORNIA SOUTHERN**
  CAS 3   09-2846     Diana Houck v. Cellco Partnership, et al.
  CAS 3   10-207      Kristen Rogers v. Cellco Partnership
  CAS 3   10-487      MIles Wallis v. Cellco Partnership

**FLORIDA SOUTHERN**
  FLS  1   10-20908    Michelle Smith v. Cellco Partnership

**NEW YORK NORTHERN**
  NYN 3   10-319      Lawrence Smith v. Cellco Partnership
  NYN 5   10-93       Penelope Wayne v. Cellco Partnership

**RHODE ISLAND**
  RI   1   10-122      Brent Savage v. Cellco Partnership

**SOUTH CAROLINA**
  SC   2   10-769      Joseph Pellitteri, et al. v. Cellco Partnership

**UTAH**
  UT   2   10-243      Preston Snider v. Cellco Partnership

**VIRGINIA EASTERN**
  VAE  1   10-298      Dennis Addair v. Cellco Partnership

**WASHINGTON WESTERN**
  WAW 2   09-1865     Carolyn Alcorn v. Cellco Partnership
  WAW 2   10-449      Glenn M. Kempf, et al. v. Cellco Partnership